UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUN 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JANE DOE,

      Plaintiff - Appellant,

 v.

JASON A. SMITH, (Officer #152) - in his individual and official capacity as a police officer; et al.,

      Defendants - Appellees.

No. 26-2976

D.C. No. 5:25-cv-03490-PCP
Northern District of California,
San Jose

ORDER

The motion (Docket Entry No. 3) is treated as a motion to reset the briefing schedule. The district court docket reflects that the transcript was ordered on May 15, 2026. The transcript is due June 15, 2026.

The opening brief is now due July 27, 2026. The answering brief is due August 26, 2026. The optional reply brief is due 21 days after the answering brief is served.

      FOR THE COURT:

      MOLLY C. DWYER
      CLERK OF COURT